UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| M & K CHEMICAL ENGINEERING CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT, INC., TYCO HEALTHCARE RETAIL GROUP, and PROCESS AUTOMATION CONCEPTS, LTD.,<br><br>Defendants. | Case No. 07-cv-871-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Enforce Settlement Agreement (Doc. 38) filed by Process Automation Concepts. Ltd. (PAC) and the Motion for Determination that PAC's Motion is moot (Doc. 43) filed by Plaintiff M & K Chemical Engineering Consultants, Inc. (M&K).

After full briefing and a hearing on the matter of whether PAC was a proper party to the instant action, the Court determined that PAC has been fraudulently joined and issued an Order (Doc. 40) denying M&K's Second Motion for Remand. PAC's Motion asks the Court to compel M&K to dismiss it from the suit pursuant to an agreement the parties had reached that neither had any actual claims against the other. The Court's Order found that PAC was fraudulently joined in this action, because neither party had any actual claims against the other. In light of this finding, PAC's Motion is moot.

Accordingly, the Court **GRANTS** M&K's Motion for Determination that PAC's Motion is Moot (Doc. 43) and **DENIES as moot** PAC's Motion to Enforce (Doc. 38). The Court also **DENIES as moot** M&K's Motion for Extension of Time to File Response to PAC's Motion to

Enforce (Doc. 46). The Court hereby **DISMISSES** Process Automation Concepts, Ltd. from the action **with prejudice**. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: April 8, 2008**

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **DISTRICT JUDGE**