UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

M & K CHEMICAL ENGINEERING
CONSULTANTS, INC.,

    Plaintiff,

    v.

MALLINCKRODT, INC., TYCO
HEALTHCARE RETAIL GROUP, and
PROCESS AUTOMATION CONCEPTS,
LTD.,

    Defendants.

Case No. 07-cv-871-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: June 18, 2008**　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans, Deputy Clerk**

**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**