UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| M & K CHEMICAL ENGINEERING CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT, INC., TYCO HEALTHCARE RETAIL GROUP, and PROCESS AUTOMATION CONCEPTS, LTD.,<br><br>Defendants. | Case No. 07-cv-871-JPG |

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: June 19, 2008**          **NORBERT JAWORSKI**

                                                **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**